FILED - USDC -NH
2025 AUG 19 AM9:58

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| TAMMY LORD, A/K/A LECLERC, STEVEN LECLERC,<br>Plaintiffs,<br>v.<br>PHH MORTGAGE CORPORATION,<br>Defendant. | C.A. NO. 1:24-cv-00160-LM-TMS |

**PLAINTIFFS' MOTION TO DROP STEVEN LECLECR AS A PARTY PLAINTIFF AND AMEND CAPTION**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs Tammy Lord and Steven LeClerc, proceeding pro se, respectfully move this Court for an order dropping Steven LeClerc as a party plaintiff and amending the case caption accordingly. In support of this motion, Plaintiffs state as follows:

1. Plaintiff Steven LeClerc voluntarily wishes to withdraw from this litigation and no longer proceed as a party in this matter.
2. Plaintiff Tammy Lord will remain as the sole plaintiff and will continue to prosecute the claims asserted in the Complaint.
3. Dropping Mr. LeClerc will simplify the proceedings and will not prejudice the Defendant. No counterclaims have been asserted against Mr. LeClerc. The case will proceed on the same claims, avoiding any prejudice to the Defendant.
4. Federal Rule of Civil Procedure 21 is the proper mechanism for this request, as it authorizes the Court to "add or drop a party" at any time "on just terms." Courts have

consistently held that Rule 21, not Rule 41(a), governs the dismissal of individual parties. See *Letherer v. Alger Group, L.L.C.*, 328 F.3d 262, 266 (6th Cir. 2003); *Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015).

WHEREFORE, Plaintiffs respectfully request that the Court enter an order:

(a) Dropping Plaintiff Steven LeClerc from this action;

(b) Amending the case caption to Tammy Lord v. PHH Mortgage Corporation; and

(c) Granting such other relief as the Court deems just and proper.

**Certification of Concurrence**

Pursuant to Local Rule 7.1(b), Plaintiffs certify that they contacted Defendant's counsel by email on August 18, 2025, to inquire about Defendant's position on this motion. For constraint of time, Plaintiffs did not wait for a response prior to filing.

Respectfully submitted,

Tammy Lord, Plaintiff Pro Se
49 Church Street
Goffstown, NH 03045
(603)714-0035
sdl-tdl@comcast.net

Dated: August 18, 2025

Steven LeClerc, Plaintiff Pro Se
49 Church Street
Goffstown, NH 03045
(603)714-0036

Dated: August 18, 2025