**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| TAMMY LORD, A/K/A LECLERC, STEVEN LECLERC,<br>Plaintiffs,<br>v.<br>PHH MORTGAGE CORPORATION,<br>Defendant. | C.A. NO. 1:24-cv-00160-LM-TMS |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION TO DROP STEVEN LECLECR AS A PARTY PLAINTIFF AND AMEND CAPTION**

Upon consideration of Plaintiffs' Motion to Drop Steven LeClerc as a Party Plaintiff and Amend Caption, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that:

1. Plaintiff Steven LeClerc is dropped as a party plaintiff in this action.
2. The case caption is amended to read:

   "Tammy Lord, Plaintiff, v. PHH Mortgage Corporation, Defendant."

   All future filings in this matter shall use the amended caption.

SO ORDERED.

Dated: ______________

United States District Judge / Magistrate Judge

## Certificate of Service

I hereby certify that on this 18th day of August, 2025, a true copy of the foregoing motion was served upon counsel of record for Defendant PHH Mortgage Corporation, Donald W. Seeley Jr. and Elaine M. Carey, Hinshaw & Culbertson LLP, 53 State Street, 27th Floor, Boston, MA 02109, by U.S. Mail, postage prepaid, and by email to ecarey@hinshawlaw.com.

Tammy Lord

Tammy Lord