UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tammy Lord, et al.

    v.                                        Case No. 24-cv-160-LM-TSM

PHH Mortgage Corporation


ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 21, 2025. For the reasons explained therein, plaintiffs' motion to drop Mr. LeClerc as a plaintiff and amend the case caption (Doc. No. 21) is GRANTED. The dismissal is without prejudice for the reasons stated in the Report and Recommendation.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Landya B. McCafferty
United States District Judge

Date: November 12, 2025


cc:  All parties of record