UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tammy Lord

   v.                                                Case No. 24-cv-160-LM-TSM

PHH Mortgage Corporation

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-March dated November 5, 2025. For the reasons explained therein, Lord's motion for Leave to File a Second Amended Complaint (Doc. No. 22) is denied.

                                                                                         _____
                                                                                         Landya B. McCafferty
                                                                                         United States District Judge

Date: December 19, 2025

cc:    Tammy Lord, pro se
        Counsel of Record