UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tammy Lord

v. Case No. 24-cv-160-LM-TSM

PHH Mortgage Corporation

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 13, 2026. For the reasons explained therein, PHH Mortgage Corporation's Motion for Summary Judgment (Doc. No. 36) is granted. Plaintiff's Motion for Summary Judgment (Doc. No. 38) is denied. The clerk shall enter judgment and close this case.

Landya B. McCafferty
United States District Judge

Date: September 1, 2026